# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL MICHAEL DRINAN<br>*Defendant(s)* | Case No. 12-mj-01118-BNB |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about September 8, 2012, in the State and District of Colorado, elsewhere, and in the special aircraft jurisdiction of the United States, namely during the flight of Southwest Airlines flight 1998, DANIEL MICHAEL DRINAN, the defendant herein, committed an act that if committed in the District of Columbia would violate Section 9 of the Act of July 29, 1892, D.C. Code § 22-1112, now codified at D.C. Code § 22-1312(a), to wit: DANIEL MICHAEL DRINAN made an obscene and indecent exposure of his person by exhibiting his penis to females whose initials are "J.K." and "D.J." aboard flight 1998.

The foregoing was a violation of Title 49, United States Code, Section 46506(2).

I further state that I am a _Special Agent_ with the _Federal Bureau of Investigation_ and that this complaint is based on the following facts:

See Affidavit attached hereto and herein incorporated by reference, which is continued on the attached sheet and made a part hereof.

*s/Martin H. Daniell, III*
Complainant's signature

Martin H. Daniell, III, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: **10 Sep 2012**

City and state: Denver, Colorado

Boyd N. Boland
United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Martin H. Daniell, III, Special Agent with the Federal Bureau of Investigation, Department of Justice, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

1. Your affiant is a Special Agent (SA) for the Federal Bureau of Investigation (FBI) and has been so for over thirteen years. Your affiant is currently assigned as the FBI Airport Liaison Agent at Denver International Airport (DEN) and investigates violations of federal law that occur at the airport, as well as crimes that occur in the Special Aircraft Jurisdiction of the United States.

2. On September 8, 2012, at 8:39 p.m., your affiant was advised by the Denver International Airport (DEN) Communications Center of a disturbance onboard Southwest Airlines (SWA) Flight 1998 en route from Baltimore-Washington International Airport (BWI) to DEN. Your affiant responded to DEN, Gate C-43, where he met SWA Flight 1998. Through an examination of statements written by the flight crew and passengers onboard SWA Flight 1998, and clarifying questioning, your affiant discovered the following:

3. Passenger Daniel Drinan was seated in Seat 18C. At some point during the flight, Drinan went to the lavatory and changed his pants. Passenger J.K., a 29 year old female, was seated in Seat 19D and observed Drinan looking at pornography on his laptop computer and getting up and down from his seat getting bottles from his bag. One of these bottles was lubricant. She saw him reach into his pants and start touching himself. She went to the back of the aircraft hoping he would be done, but when she returned to her seat he had his penis completely out and exposed and was still touching himself. She spoke to the flight attendant about Drinan and was reseated.

4. In response to the information from Passenger J.K., Flight Attendant D.J., a 53 year old female, stated she went up to Drinan and "his genitalia was out." She asked Flight Attendant D.F., a 47 year old male, to make Drinan stop. Flight Attendant D.F., stated "I walked up behind him and could see his penis in his hand under the laptop." After Flight Attendant D.F. told Drinan to "put his pants back together," Flight Attendant D.J. stated Drinan "had his hand wrapped around his penis and was totally exposed."

5. After being advised of his rights and waiving these rights, Drinan stated the following: The aircraft had "WiFi" and he used his laptop computer to access "an erotic site." He became aroused and was touching himself. He decided to touch himself because the lights were out on the aircraft, no one was seated next to him and he was tired and wanted a release. He had his laptop in his lap trying to conceal what he was doing and he "wasn't consciously trying to expose himself." He added "I'm guilty of fondling myself in public" and said "I'm sorry – I had no intention of doing anything that would offend people or break the law."

Based upon the above information, probable cause exists to believe Daniel Drinan has violated, Title 49, U.S.C. Sections 46506, as codified by District of Columbia Code Section 22-1112, Lewd, Indecent, or Obscene Acts.

I declare under penalty of perjury that the foregoing information is true to the best of my knowledge.

> *s/Martin H. Daniell, III*
> Special Agent Martin H. Daniell, III
> Federal Bureau of Investigation

Sworn to before me this 10 day of September, 2012.

*[signature]*
United States Magistrate Judge

**Affidavit reviewed and submitted by James R. Allison, Assistant United States Attorney.**

2